UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TERRY CLOTZ, | CASE NO. 1:23-cv-01426 |
| Plaintiff, | ORDER |
| v. | |
| MASON COMPANIES, INC., | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On March 5, 2024, the Court denied Defendant Mason Companies, Inc.'s motion to compel arbitration.[1]  Defendant appealed that decision.[2]  Even though no party moves to stay this case pending appeal, the Supreme Court recently held that "the district court *must* stay its proceedings while the interlocutory appeal on arbitrability is ongoing."[3]  So, the Court **STAYS** this case pending the outcome of Defendant's appeal.

IT IS SO ORDERED.

Dated: April 10, 2024
 *s/    James S. Gwin*
 JAMES S. GWIN
 UNITED STATES DISTRICT JUDGE

---

[1] Doc. 16.
[2] Doc. 17.
[3] *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 741 (2023) (emphasis added).