The Court approves the dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| TERRY CLOTZ, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>B.A. MASON, INC.<br><br>                Defendant. | Civil Case No.: 1:23-cv-01426-JG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Terry Clotz ("Plaintiff") and B.A. Mason, Inc. ("Defendant"), through their undersigned counsel, submit the foregoing stipulation of dismissal of this action, with prejudice as to Plaintiff, and without prejudice as to any putative class members. Each party shall bear that party's own fees and costs.

Dated: July 9, 2024

                                      Plaintiff,
                                      By Counsel,

                                      By: */s Michael L. Greenwald*
                                      Michael L. Greenwald
                                      Greenwald Davidson Radbil PLLC
                                      5550 Glades Road, Suite 500
                                      Boca Raton, FL 33431
                                      (561) 826-5477
                                      mgreenwald@gdrlawfirm.com

                                      THE LAW OFFICES OF BRIAN T. GILES
                                      1470 Apple Hill Road
                                      Cincinnati, Ohio 45230
                                      Telephone: (513) 379-2715
                                      Brian@GilesFirm.com

                                      Anthony I. Paronich (*pro hac vice*)
                                      Paronich Law, P.C.